**Don/McC Cook/SOLO Plaintiff-Appellant**

v.

**Jeffrey STIEVE, Medical Director, Corrrect Care Solutions; Arkansas State Prison; Aric Simmons, APN, Practitioner, Correct Care Solution; Brett Butler, Medical Doctor, Correct Care Solution, a Tennessee Corporation Defendants-Appellees**

No. 16-3802

United States Court of Appeals, Eighth Circuit.

Submitted: November 8, 2017

Filed: November 14, 2017

Don/McC Cook/Solo, Pro Se

of Arkansas.

Brent J. Eubanks, Humphries & Odum, Little Rock, AR, for Defendant-Appellee

Before LOKEN, MURPHY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Arkansas prisoner Don/McC Cook/Solo (Solo) appeals the district court's[1] adverse grant of summary judgment in favor of Dr. Jeffrey Stieve in this pro se 42 U.S.C. § 1983 action. Upon careful de novo review, see United States v. Dico, Inc., 808 F.3d 342, 346 (8th Cir. 2015), we conclude that Solo demonstrated neither deliberate indifference nor unconstitutional retaliation by Dr. Stieve. See Meuir v. Greene Cty. Jail Emps., 487 F.3d 1115, 1118 (8th Cir. 2007) (prison physicians are free to exercise independent medical judgment); Long v. Nix, 86 F.3d 761, 765 (8th Cir. 1996) (prison officials do not violate Eighth Amendment when, in exercising professional judgment, they refuse to implement inmate's requested course of treatment). Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

---

1. The Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).